# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BRENDA WERT, | No. 4:19-CV-00155 |
| Plaintiff, | (Judge Brann) |
| v. | |
| THE PENNSYLVANIA STATE UNIVERSITY, | |
| Defendant. | |

## ORDER

**AND NOW**, this 30th day of April 2021, in accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Plaintiff's Motion for Summary Judgment (Doc. 20) is **DENIED**.

2. Defendant's Motion for Summary Judgment (Doc. 25) is **GRANTED IN PART AND DENIED IN PART**.

   a. Summary judgment is **DENIED** as to Count 1 (interference).

   b. Summary judgment is **GRANTED** as to Count 2 (retaliation). The Clerk of Court shall defer entry of summary judgment on this Count until the conclusion of this case.

3. A telephonic conference call with counsel of record will be scheduled by separate Order.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge