# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BRENDA WERT, | No. 4:19-CV-00155 |
| Plaintiff, | (Chief Judge Brann) |
| v. | |
| THE PENNSYLVANIA STATE UNIVERSITY, | |
| Defendant. | |

# ORDER

### APRIL 15, 2022

In accordance with the accompany memorandum opinion, **IT IS HEREBY ORDERED** that the Pennsylvania State University's Motion in Limine (Doc. 50) is **DENIED**.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge